| | |
|---|---|
| **DEFENDANT:** | JESUS DURAN-ALTAMIRANO, a.k.a. "Chuy," |
| **AGE/YOB:** | Unknown |
| **COMPLAINT FILED?** | _____ Yes   ___X___ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| **HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?** | __ Yes   __ No |
| **OFFENSE(S):** | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance |
| **LOCATION OF OFFENSE:** | Denver County; Denver, Colorado |
| **PENALTY:** | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment |
| **AGENT:** | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| **AUTHORIZED BY:** | Stephanie Podolak<br>Assistant U.S. Attorney |

**ESTIMATED TIME OF TRIAL:**

__ five days or less; _X__ over five days

**THE GOVERNMENT**

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.